JAMES LONGACRE, an Infant, by FREDERICK V. D. LONGACRE, His Guardian ad Litem, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment and order reversed upon the law and complaint unanimously dismissed, with costs. We are of opinion that the evidence does not present a case which justifies a verdict that the defendant was negligent. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

URBAN LUECHINGER, an Infant, by JACOB LUECHINGER, His Guardian ad Litem, Respondent, v. OTTO EICHHAMMER, Appellant, and KILIAN REUTHER, Defendant.— Judgment and order reversed on the law and complaint dismissed, without costs in this court, on the ground that defendant Reuther acted beyond the scope of his employment when he directed plaintiff to whip up the team of horses attached to the mowing machine. Blackmar, P. J., Rich, Kelly, Jaycox and Kelby, JJ., concur.

MARJORIE McGEE, Respondent, v. WILLIAM F. McGEE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

HARRIET M. McGUIRE, Respondent, v. DOUGLAS H. COOKE, Appellant.— Judgment and order of the City Court of New Rochelle reversed on the law and a new trial ordered, with costs to abide the event, upon the ground that it was error to exclude the question asked the landlord upon cross-examination bearing upon the good faith of the landlord's contention that she desired to recover possession of said premises for the immediate and personal occupancy by herself and her family.* Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

---

* See Civ. Prac. Act, § 1410, subds. 1, 1-a, as added by Laws of 1921, chap. 199.— [REP.